UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 08-57 (JLL) |
| CARLOS JAVIER CARRION-FIGUEROA | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Justin W. Arnold, Assistant U.S. Attorney, appearing) and defendant Carlos Javier Carrion-Figueroa (K. Anthony Thomas, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from July 21, 2008 to August 4, 2008; and the defendant being aware that he has the right to have this matter tried within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c); and the defendant having waived such right and consented to this continuance; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to conclude plea negotiations, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

IT IS, therefore, on this 24th day of July, 2008

ORDERED that K. Anthony Thomas notify the Court in writing by August 4, 2008 as to the status of this matter and whether the Court should schedule this matter for trial; and

IT IS FURTHER ORDERED that the period from July 21, 2008 through August 4, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

K. Anthony Thomas, Esq.
Attorney for Defendant

Justin W. Arnold, A.U.S.A.